UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WINDWARD BORA LLC,                                    20-cv-08838-CS

                                    Plaintiff,

                                                     ORDER TO SHOW
          -against-                                  CAUSE FOR A
                                                     DEFAULT JUDGMENT
GEORGE BOYLE; JANINE BOYLE,                           OF FORECLOSURE
                                    Defendant(s).    AND SALE
-----------------------------------------------------------------X

SEIBEL, U.S.D.J.:

          Upon the annexed supporting Affirmation of Alan H. Weinreb, Esq., dated April 5, 2021,

and upon consideration of Plaintiff's request for Entry of Judgment by Default, it is hereby

          ORDERED, that the Defendants show cause *in a telephonic proceeding* before the Honorable Judge Cathy Seibel, ~~in~~

~~Courtroom 621 of the United States Courthouse, 300 Quarropas Street, White Plains, NY~~ on

_May 10_____, 2021 at _3:30___ o'clock, or as soon thereafter as counsel may be

heard, why an order should not be issued entering a judgment of foreclosure and sale on behalf of

Plaintiff against Defendants George Boyle and Janine Boyle for failure to answer or otherwise

move with respect to the Complaint herein;

          ORDERED, that objections to the relief requested herein or answering papers, if any, shall

be *filed with the Court* ~~served upon The Margolin & Weinreb Law Group, LLP, attn.: Alan H. Weinreb, Esq., 165~~

~~Eileen Way, Suite 101, Syosset, NY 11791~~ by the _3rd_ day of _May_____, 2021; and it

is further;

          ORDERED, that service of a copy of this Order and supporting papers made upon

Defendants at the address each party was served with the Summons and Complaint by Federal

Express on or before the _14th_ day of _April_____, 2021, and such service shall be deemed

good and sufficient service.

Dated:  White Plains, New York
        *April 6* , 2021

                                SO ORDERED:

                                _____
                                The Honorable Cathy Seibel, U.S.D.J.